IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY J. BRODZKI, | ) | 8:11CV91 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Objection, which the court liberally construes as a Motion to Reconsider. (Filing No. 9.) In Plaintiff's Motion, he asks the court to reconsider its June 23, 2011, Memorandum and Order (filing no. 7), which dismissed Plaintiff's Complaint without prejudice. The court has carefully reviewed Plaintiff's Motion and finds no good cause to reconsider any portion of its June 23, 2011, Memorandum and Order.

IT IS THEREFORE ORDERED that Petitioner's Objection (filing no. 9), which the court liberally construes as a Motion to Reconsider, is denied.

DATED this 24th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.